IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| AJAMU EL-AMIN, ) | |
| ) | |
| Plaintiff, ) | No. 4:19-cv-00052-SMR-CFB |
| ) | |
| v. ) | |
| ) | **ORDER DISMISSING CASE** |
| UNKNOWN DEFENDANTS, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Ajamu El-Amin filed a letter with the Court complaining about his conditions of confinement at the Polk County Jail. The Court construed the letter as a new complaint under 42 U.S.C. § 1983 with jurisdiction predicated on 28 U.S.C. § 1343.

El-Amin did not pay the filing fee, nor did he submit any financial documents in support of an application to proceed in forma pauperis. The Court directed El-Amin to provide the appropriate financial information by March 5, 2019. The Court also directed El-Amin to amend his complaint to provide more details about the incidents alleged in the complaint. The Court warned El-Amin that failure to comply with the Court's order would result in the dismissal of the case for failure to prosecute and comply with a court order. Fed. R. Civ. P. 41(b); *Norman v. Ark. Dep't of Educ.*, 79 F.3d 748, 750 (8th Cir. 1996) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).

To date, El-Amin has failed to comply with the Court's order. For this reason, the case is dismissed. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

Dated this 13th day of March, 2019.

_____
STEPHANIE M. ROSE
UNITED STATES DISTRICT JUDGE